WILBUR S. PECK et al., Respondents, *v.* ISAAC P. POWERS, Appellant.

(Submitted October 19, 1886; decided October 26, 1886.)

*Fuller, Brown & Garfield* for motion.

*Hannibal Smith* opposed.

Agree to grant motion to dismiss appeal.
All concur.
Appeal dismissed.